# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>IMELDA TRUJILLO, trustee of the Imelda Trujillo, Revocable Living Trust dated March 12, 2011; and Does 1-10,<br><br>    Defendants. | Case No.: CV 21-6523-DMG (KESx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [23]** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the parties' stipulation for dismissal, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the above-captioned action against Defendant Imelda Trujillo is dismissed with prejudice.  Each party will be responsible for its own fees and costs.

DATED: January 21, 2022

                                           DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE

1